# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

DAVID COLETTIERI,

|                  | Petitioner, | : | Case No. 1:26-cv-00722 |
|---|---|---|---|
| - vs - | | | District Judge Susan J. Dlott |
| | | | Magistrate Judge Michael R. Merz |

FEDERAL MEDICAL CENTER
 DEVENS MAILROOM, et al.,

                                        :

Respondent.

---

## TRANSFER ORDER

---

With the consent of both of them and pursuant to Amended General Order 22-05, the Magistrate Judge reference in the above case is hereby transferred from The Honorable Karen L. Litkovitz to The Honorable Michael R. Merz to help balance the Magistrate Judge workload in the District.

July 27, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge