**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

DAVID LETTIERI,

Petitioner, : Case No. 1:26-cv-00722

- vs - District Judge Susan J. Dlott
Magistrate Judge Michael R. Merz

FEDERAL MEDICAL CENTER
DEVENS MAILROOM, et al.,

:

Respondent.

# REPORT AND RECOMMENDATIONS

This habeas corpus case under 28 U.S.C. § 2241 was brought *pro se* by Petitioner David Lettieri. It is before the Court for preliminary review under Rule 4 of the Rules Governing § 2254 Cases[1].

Petitioner reports his address as the Federal Medical Center at Fort Devens, Massachusetts, and appears to allege he is in custody at that location. "Massachusetts constitutes one judicial district" which holds court at Boston, New Bedford, Springfield, and Worcester. 28 U.S.C. § 101. Jurisdiction in habeas corpus depends upon the location of the custodian. 28 U.S.C. §2241(d).

Because Petitioner is not confined in this judicial district, this Court does not have jurisdiction to hear this case. It should therefore be dismissed without prejudice for lack of jurisdiction. Because reasonable jurists would not disagree with this conclusion, it is also

[1] There is no separate set of rules for habeas corpus cases brough under § 2241, so the Court elects to apply the § 2254 Rules.

recommended that Petitioner be denied a certificate of appealability and that the Court certify to the Sixth Circuit that any appeal would be objectively frivolous and should not be permitted to proceed *in forma pauperis*.

July 28, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Because this document is being served by mail, three days are added under Fed.R.Civ.P. 6, but service is complete when the document is mailed, not when it is received. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's objections within fourteen days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. #